IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE: §
TRACY ANN CHURCH §
 §
 § CASE NO. 24-10640SMR
DEBTOR § CHAPTER 7

**PAYMENT ADVICES**

Attached are the Debtor's last 60 days pay advices.

Electronically noticed:

John Patrick Lowe, Trustee
Pat.Lowe.Law@gmail.com

United States Trustee - AU12
ustpregion07.au.ecf@usdoj.gov

First Class mail:
Tracy Ann Church
7900 Tecoma Circle #12204
Austin, TX 78735


Respectfully submitted

HICKSON LAW, P.C.

/s/ Elizabeth Hickson
Elizabeth J. Hickson, SB No. 09586000
4413 Spicewood Springs Rd., #216
Austin, TX 78759
(512) 346-8597
Attorney for Debtor
lizhickson@hicksonlawpc.com

# STATEMENT OF EARNINGS AND DEDUCTIONS

## PAY SUMMARY

NAME: TRACY CHURCH
N: 909742568
AC HRS AVAIL: 0.0
ME OFF HRS AVAIL: 0.0

CHECK TYPE: Regular
PAYMENT METHOD: Direct Deposit
EFFECTIVE: 06/06/2024
PAY PERIOD: 05/26/2024
THRU: 06/01/2024



Week Ending Date: 06/01/2024

Find

LLARD TEXAS SOUTH, LLC DBA DILLARD'S

|  | CURRENT | CALENDAR YTD |
|---|---|---|
| ET | 752.25 | 11185.28 |

| EARNINGS/ CONTRIBUTIONS | HOURS OR UNITS | RATE | CURRENT | CALENDAR YTD HOURS | CALENDAR YTD |
|---|---|---|---|---|---|
| REGULAR PAY | 40.10 | 21.00 | 842.10 | 609.30 | 12795.30 |
| OVERTIME PREM | 0.10 | 10.500 | 1.05 | 20.20 | 212.98 |
| COMMISSION & BONUS OT |  |  | 0.05 |  | 22.16 |
| S BONUS |  |  | 57.20 |  | 322.28 |
| TOTAL EARNINGS |  |  | 900.40 |  | 13352.72 |

| PRETAX DEDUCTIONS | AMT | CURRENT | CALENDAR YTD | CURRENT TAXABLE WAGES | CALENDAR YTD TAXABLE WAGES |
|---|---|---|---|---|---|
|  | 7.12 |  | 5.34 |  |  |
| urly Disability | 27.80 |  | 13.80 |  |  |
| ntal/Vision | 6.82 | 6.82 | 53.96 |  |  |
| tical Illness | 2.31 | 2.31 | 30.03 |  |  |
| cident | 2.54 | 2.54 | 33.02 |  |  |
| TOTAL PRETAX DEDUCTIONS |  | 11.67 | 136.15 |  |  |

| DEDUCTIONS/TAXES |  |  |  |  |  |
|---|---|---|---|---|---|
| deral Income Tax |  | 88.49 | 1019.45 | 888.73 | 13226.57 |
| cial Security |  | 55.10 | 820.05 | 888.73 | 13226.57 |
| dicare |  | 12.89 | 191.79 | 888.73 | 13226.57 |
| ate tax TX |  |  |  | 888.73 | 13226.57 |

ges Pts Plus and/or declared tips have been increased by $0.00 for the
rent pay period and $10.00 year to date.

have been paid for 40.1 hours this pay period. You worked 40.1 hours
sisting of 40.1 chargeable hours and 0.0 hours that were not chargeable.

nus overtime paid on JACK BLACK 5% BONUSR at rate .005 for 9.2
rtime hours earned 2024-05-05 thru 2024-06-01

5.18.24

**DILLARD'S**
**1600 CANTRELL ROAD**
**LITTLE ROCK, AR 72201**

## STATEMENT OF EARNINGS AND DEDUCTIONS

### PAY SUMMARY

| | |
|---|---|
| NAME: TRACY CHURCH | CHECK TYPE: Regular |
| AIN: 909742568 | PAYMENT METHOD: Direct Deposit |
| VAC HRS AVAIL: 0.0 | EFFECTIVE: 05/23/2024 |
| TIME OFF HRS AVAIL: 0.0 | PAY PERIOD: 05/12/2024 |
| | THRU: 05/18/2024 |

DILLARD TEXAS SOUTH, LLC DBA DILLARD'S

| | CURRENT | CALENDAR YTD |
|---|---|---|
| NET | 631.17 | 9721.73 |

| EARNINGS/CONTRIBUTIONS | HOURS OR UNITS | RATE | CURRENT | CALENDAR YTD HOURS | CALENDAR YTD |
|---|---|---|---|---|---|
| REGULAR PAY | 35.70 | 21.00 | 749.70 | 528.90 | 11106.90 |
| OVRTIME PREM | | | | 19.80 | 208.78 |
| COMMISSION & BONUS OT | | | | | 22.11 |
| IPS BONUS | | | | | 265.08 |
| TOTAL EARNINGS | | | 749.70 | | 11602.87 |

| PRETAX DEDUCTIONS | AMT | CURRENT | CALENDAR YTD | CURRENT TAXABLE WAGES | CALENDAR YTD TAXABLE WAGES |
|---|---|---|---|---|---|
| Life | 7.12 | | 5.34 | | |
| Hourly Disability | 27.60 | | 13.80 | | |
| Dental/Vision | 6.82 | 6.82 | 40.32 | | |
| Critical Illness | 2.31 | 2.31 | 25.41 | | |
| Accident | 2.54 | 2.54 | 27.94 | | |
| TOTAL PRETAX DEDUCTIONS | | 11.67 | 112.81 | | |
| DEDUCTIONS/TAXES | | | | | |
| Federal Income Tax | | 50.41 | 888.58 | 738.03 | 11500.06 |
| Social Security | | 45.75 | 713.00 | 738.03 | 11500.06 |
| Medicare | | 10.70 | 166.75 | 738.03 | 11500.06 |
| State tax TX | | | | 738.03 | 11500.06 |

Fringes, Pts Plus, and/or declared tips have been increased by $0.00 for the current pay period and $10.00 year to date.

You have been paid for 35.7 hours this pay period. You worked 35.7 hours consisting of 35.7 chargeable hours and 0.0 hours that were not chargeable.

5.11.24

**DILLARD'S**
**1600 CANTRELL ROAD**
**LITTLE ROCK, AR 72201**

## STATEMENT OF EARNINGS AND DEDUCTIONS

### PAY SUMMARY

| NAME: TRACY CHURCH | CHECK TYPE: Regular |
|---|---|
| AIN: 909742568 | PAYMENT METHOD: Direct Deposit |
| VAC HRS AVAIL: 0.0 | EFFECTIVE: 05/16/2024 |
| TIME OFF HRS AVAIL: 0.0 | PAY PERIOD: 05/05/2024 |
| | THRU: 05/11/2024 |

DILLARD TEXAS SOUTH, LLC DBA DILLARD'S

| | CURRENT | CALENDAR YTD |
|---|---|---|
| NET | 1106.75 | 9090.56 |

| EARNINGS/ CONTRIBUTIONS | HOURS OR UNITS | RATE | CURRENT | CALENDAR YTD HOURS | CALENDAR YTD |
|---|---|---|---|---|---|
| REGULAR PAY | 48.80 | 21.00 | 1024.80 | 493.20 | 10357.20 |
| OVRTIME PREM | 8.80 | 10.600 | 93.28 | 19.80 | 208.78 |
| COMMISSION & BONUS OT | | | 22.11 | | 22.11 |
| IPS BONUS | | | 245.01 | | 265.08 |
| TOTAL EARNINGS | | | 1385.20 | | 10853.17 |

| PRETAX DEDUCTIONS | AMT | CURRENT | CALENDAR YTD | CURRENT TAXABLE WAGES | CALENDAR YTD TAXABLE WAGES |
|---|---|---|---|---|---|
| Life | 7.12 | 5.34 | 5.34 | | |
| Hourly Disability | 27.60 | 13.80 | 13.80 | | |
| Dental/Vision | 6.82 | 6.82 | 33.50 | | |
| Critical Illness | 2.31 | 2.31 | 23.10 | | |
| Accident | 2.54 | 2.54 | 25.40 | | |
| TOTAL PRETAX DEDUCTIONS | | 30.81 | 101.14 | | |
| **DEDUCTIONS/TAXES** | | | | | |
| Federal Income Tax | | 143.26 | 838.17 | 1364.39 | 10762.03 |
| Social Security | | 84.60 | 667.25 | 1364.39 | 10762.03 |
| Medicare | | 19.78 | 156.05 | 1364.39 | 10762.03 |
| State tax TX | | | | 1364.39 | 10762.03 |

Fringes, Pts Plus, and/or declared tips have been increased by $10.00 for the current pay period and $10.00 year to date.

You have been paid for 48.8 hours this pay period. You worked 48.8 hours consisting of 48.8 chargeable hours and 0.0 hours that were not chargeable.

Bonus overtime paid on CAS EXCL BRNDS SPIF at rate .100 for 8.8 overtime hours earned 2024-05-05 thru 2024-05-11.

Bonus overtime paid on CAS EXCL BRNDS SPIFF at rate 1.905 for 8.8 overtime hours earned 2024-05-05 thru 2024-05-11.

Bonus overtime paid on CAS EXCL BRNDS SPIFF at rate .300 for 8.8 overtime hours earned 2024-05-05 thru 2024-05-11.

Bonus overtime paid on CAS EXCL BRNDS SPIFF at rate .190 for 8.8 overtime hours earned 2024-05-05 thru 2024-05-11.

You have been paid $18.96 for participation in the CAS EXCL BRNDS SPIFF bonus program. This payment is based on selling 13 unit(s).

You have been paid $29.73 for participation in the CAS EXCL BRNDS SPIFF bonus program. This payment is based on selling 19 unit(s).

You have been paid $186.27 for participation in the CAS EXCL BRNDS SPIFF bonus program. This payment is based on selling 116 unit(s).

You have been paid $10.05 for participation in the CAS EXCL BRNDS SPIF bonus program. This payment is based on selling 5 unit(s).

5.4.23

**DILLARD'S**
**1600 CANTRELL ROAD**
**LITTLE ROCK, AR 72201**

## STATEMENT OF EARNINGS AND DEDUCTIONS

### PAY SUMMARY

| NAME: TRACY CHURCH | CHECK TYPE: Regular |
|---|---|
| AIN: 909742568 | PAYMENT METHOD: Direct Deposit |
| VAC HRS AVAIL: 0.0 | EFFECTIVE: 05/09/2024 |
| TIME OFF HRS AVAIL: 0.0 | PAY PERIOD: 04/28/2024 |
| | THRU: 05/04/2024 |

DILLARD TEXAS SOUTH, LLC DBA DILLARD'S

| | CURRENT | CALENDAR YTD |
|---|---|---|
| NET | 692.03 | 7983.81 |

| EARNINGS/CONTRIBUTIONS | HOURS OR UNITS | RATE | CURRENT | CALENDAR YTD HOURS | CALENDAR YTD |
|---|---|---|---|---|---|
| REGULAR PAY | 39.30 | 21.00 | 825.30 | 444.40 | 9332.40 |
| OVRTIME PREM | | | | 11.00 | 115.50 |
| IPS BONUS | | | | | 20.07 |
| TOTAL EARNINGS | | | 825.30 | | 9467.97 |

| PRETAX DEDUCTIONS | AMT | CURRENT | CALENDAR YTD | CURRENT TAXABLE WAGES | CALENDAR YTD TAXABLE WAGES |
|---|---|---|---|---|---|
| Dental/Vision | 6.67 | 6.67 | 26.68 | | |
| Critical Illness | 2.31 | 2.31 | 20.79 | | |
| Accident | 2.54 | 2.54 | 22.86 | | |
| TOTAL PRETAX DEDUCTIONS | | 11.52 | 70.33 | | |
| DEDUCTIONS/TAXES | | | | | |
| Federal Income Tax | | 59.50 | 694.91 | 813.78 | 9397.64 |
| Social Security | | 50.45 | 582.65 | 813.78 | 9397.64 |
| Medicare | | 11.80 | 136.27 | 813.78 | 9397.64 |
| State tax TX | | | | 813.78 | 9397.64 |

You have been paid for 39.3 hours this pay period. You worked 39.3 hours consisting of 39.3 chargeable hours and 0.0 hours that were not chargeable.

4.27.24

**DILLARD'S**
**1600 CANTRELL ROAD**
**LITTLE ROCK, AR 72201**

## STATEMENT OF EARNINGS AND DEDUCTIONS

### PAY SUMMARY

| NAME: TRACY CHURCH | CHECK TYPE: Regular |
|---|---|
| AIN: 909742568 | PAYMENT METHOD: Direct Deposit |
| VAC HRS AVAIL: 0.0 | EFFECTIVE: 05/02/2024 |
| TIME OFF HRS AVAIL: 0.0 | PAY PERIOD: 04/21/2024 |
| | THRU: 04/27/2024 |

DILLARD TEXAS SOUTH, LLC DBA DILLARD'S

| | CURRENT | CALENDAR YTD |
|---|---|---|
| NET | 641.40 | 7291.78 |

| EARNINGS/ CONTRIBUTIONS | HOURS OR UNITS | RATE | CURRENT | CALENDAR YTD HOURS | CALENDAR YTD |
|---|---|---|---|---|---|
| REGULAR PAY | 36.30 | 21.00 | 762.30 | 405.10 | 8507.10 |
| OVRTIME PREM | | | | 11.00 | 115.50 |
| IPS BONUS | | | | | 20.07 |
| TOTAL EARNINGS | | | 762.30 | | 8642.67 |

| PRETAX DEDUCTIONS | AMT | CURRENT | CALENDAR YTD | CURRENT TAXABLE WAGES | CALENDAR YTD TAXABLE WAGES |
|---|---|---|---|---|---|
| Dental/Vision | 6.67 | 6.67 | 20.01 | | |
| Critical Illness | 2.31 | 2.31 | 18.48 | | |
| Accident | 2.54 | 2.54 | 20.32 | | |
| TOTAL PRETAX DEDUCTIONS | | 11.52 | 58.81 | | |
| DEDUCTIONS/TAXES | | | | | |
| Federal Income Tax | | 51.94 | 635.41 | 750.78 | 8583.86 |
| Social Security | | 46.55 | 532.20 | 750.78 | 8583.86 |
| Medicare | | 10.89 | 124.47 | 750.78 | 8583.86 |
| State tax TX | | | | 750.78 | 8583.86 |

You have been paid for 36.3 hours this pay period. You worked 36.3 hours consisting of 36.3 chargeable hours and 0.0 hours that were not chargeable.

4.20.24

**DILLARD'S**
**1600 CANTRELL ROAD**
**LITTLE ROCK, AR 72201**

## STATEMENT OF EARNINGS AND DEDUCTIONS

### PAY SUMMARY

| | |
|---|---|
| NAME: **TRACY CHURCH** | CHECK TYPE: **Regular** |
| AIN: **909742568** | PAYMENT METHOD: **Direct Deposit** |
| VAC HRS AVAIL: **0.0** | EFFECTIVE: **04/25/2024** |
| TIME OFF HRS AVAIL: **0.0** | PAY PERIOD: **04/14/2024** |
| | THRU: **04/20/2024** |

**DILLARD TEXAS SOUTH, LLC DBA DILLARD'S**

| | CURRENT | CALENDAR YTD |
|---|---|---|
| NET | 729.15 | 6650.38 |

| EARNINGS/ CONTRIBUTIONS | HOURS OR UNITS | RATE | CURRENT | CALENDAR YTD HOURS | CALENDAR YTD |
|---|---|---|---|---|---|
| REGULAR PAY | 41.00 | 21.00 | 861.00 | 368.80 | 7744.80 |
| OVRTIME PREM | 1.00 | 10.500 | 10.50 | 11.00 | 115.50 |
| IPS BONUS | | | | | 20.07 |
| TOTAL EARNINGS | | | 871.50 | | 7880.37 |

| PRETAX DEDUCTIONS | AMT | CURRENT | CALENDAR YTD | CURRENT TAXABLE WAGES | CALENDAR YTD TAXABLE WAGES |
|---|---|---|---|---|---|
| Dental/Vision | 6.67 | 6.67 | 13.34 | | |
| Critical Illness | 2.31 | 2.31 | 16.17 | | |
| Accident | 2.54 | 2.54 | 17.78 | | |
| TOTAL PRETAX DEDUCTIONS | | 11.52 | 47.29 | | |
| DEDUCTIONS/TAXES | | | | | |
| Federal Income Tax | | 65.04 | 583.47 | 859.98 | 7833.08 |
| Social Security | | 53.32 | 485.65 | 859.98 | 7833.08 |
| Medicare | | 12.47 | 113.58 | 859.98 | 7833.08 |
| State tax TX | | | | 859.98 | 7833.08 |

You have been paid for 41.0 hours this pay period. You worked 41.0 hours consisting of 41.0 chargeable hours and 0.0 hours that were not chargeable.

4.13.24

**DILLARD'S**
**1600 CANTRELL ROAD**
**LITTLE ROCK, AR 72201**

### STATEMENT OF EARNINGS AND DEDUCTIONS

#### PAY SUMMARY

| NAME: TRACY CHURCH | CHECK TYPE: Regular |
|---|---|
| AIN: 909742568 | PAYMENT METHOD: Direct Deposit |
| VAC HRS AVAIL: 0.0 | EFFECTIVE: 04/18/2024 |
| TIME OFF HRS AVAIL: 0.0 | PAY PERIOD: 04/07/2024 |
|  | THRU: 04/13/2024 |

DILLARD TEXAS SOUTH, LLC DBA DILLARD'S

|  | CURRENT | CALENDAR YTD |
|---|---|---|
| NET | 718.28 | 5921.23 |

| EARNINGS/CONTRIBUTIONS | HOURS OR UNITS | RATE | CURRENT | CALENDAR YTD HOURS | CALENDAR YTD |
|---|---|---|---|---|---|
| REGULAR PAY | 39.90 | 21.00 | 837.90 | 327.80 | 6883.80 |
| OVRTIME PREM |  |  |  | 10.00 | 105.00 |
| IPS BONUS |  |  | 20.07 |  | 20.07 |
| TOTAL EARNINGS |  |  | 857.97 |  | 7008.87 |

| PRETAX DEDUCTIONS | AMT | CURRENT | CALENDAR YTD | CURRENT TAXABLE WAGES | CALENDAR YTD TAXABLE WAGES |
|---|---|---|---|---|---|
| Dental/Vision | 6.67 | 6.67 | 6.67 |  |  |
| Critical Illness | 2.31 | 2.31 | 13.86 |  |  |
| Accident | 2.54 | 2.54 | 15.24 |  |  |
| TOTAL PRETAX DEDUCTIONS |  | 11.52 | 35.77 |  |  |
| **DEDUCTIONS/TAXES** |  |  |  |  |  |
| Federal Income Tax |  | 63.42 | 518.43 | 846.45 | 6973.10 |
| Social Security |  | 52.48 | 432.33 | 846.45 | 6973.10 |
| Medicare |  | 12.27 | 101.11 | 846.45 | 6973.10 |
| State tax TX |  |  |  | 846.45 | 6973.10 |

You have been paid for 39.9 hours this pay period. You worked 39.9 hours consisting of 39.9 chargeable hours and 0.0 hours that were not chargeable.

You have been paid $3.84 for participation in the POL EXCL BRNDS SPIFF bonus program. This payment is based on selling 2 unit(s).

You have been paid $16.23 for participation in the POL EXCL BRNDS SPIFF bonus program. This payment is based on selling 9 unit(s).

4.6.24

**DILLARD'S**
**1600 CANTRELL ROAD**
**LITTLE ROCK, AR 72201**

## STATEMENT OF EARNINGS AND DEDUCTIONS

### PAY SUMMARY

| NAME: TRACY CHURCH | CHECK TYPE: Regular |
|---|---|
| AIN: 909742568 | PAYMENT METHOD: Direct Deposit |
| VAC HRS AVAIL: 0.0 | EFFECTIVE: 04/11/2024 |
| TIME OFF HRS AVAIL: 0.0 | PAY PERIOD: 03/31/2024 |
| | THRU: 04/06/2024 |

DILLARD TEXAS SOUTH, LLC DBA DILLARD'S

| | CURRENT | CALENDAR YTD |
|---|---|---|
| NET | 688.95 | 5202.95 |

| EARNINGS/ CONTRIBUTIONS | HOURS OR UNITS | RATE | CURRENT | CALENDAR YTD HOURS | CALENDAR YTD |
|---|---|---|---|---|---|
| REGULAR PAY | 38.80 | 21.00 | 814.80 | 287.90 | 6045.90 |
| OVRTIME PREM | | | | 10.00 | 105.00 |
| TOTAL EARNINGS | | | 814.80 | | 6150.90 |

| PRETAX DEDUCTIONS | AMT | CURRENT | CALENDAR YTD | CURRENT TAXABLE WAGES | CALENDAR YTD TAXABLE WAGES |
|---|---|---|---|---|---|
| Critical Illness | 2.31 | 2.31 | 11.55 | | |
| Accident | 2.54 | 2.54 | 12.70 | | |
| TOTAL PRETAX DEDUCTIONS | | 4.85 | 24.25 | | |
| DEDUCTIONS/TAXES | | | | | |
| Federal Income Tax | | 59.04 | 455.01 | 809.95 | 6126.65 |
| Social Security | | 50.21 | 379.85 | 809.95 | 6126.65 |
| Medicare | | 11.75 | 88.84 | 809.95 | 6126.65 |
| State tax TX | | | | 809.95 | 6126.65 |

You have been paid for 38.8 hours this pay period. You worked 38.8 hours consisting of 38.8 chargeable hours and 0.0 hours that were not chargeable.